## Franklin and Another *ads*. Nore.

ISSUE was joined during the last vacation, and before notice of trial was received, the defendant served the plaintiff with notice of a motion for a struck jury ; notwithstanding which, the plaintiff proceeded to give notice of trial, and took an inquest.

*S. Jones* for defendant, moved that the verdict be set aside for irregularity.

*Per Curiam.* The defendant availed himself of the first opportunity in his power to apply for a struck jury, and it was irregular for the plaintiff to proceed after receiving notice of the intended motion. Let the verdict be set aside with costs.